**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRIS GIAROLO,**

    **Plaintiff,**

**v.**                                                             **Case No: 6:14-cv-846-Orl-31KRS**

**GOODWILL INDUSTRIES OF**
**CENTRAL FLORIDA, INC.,**

    **Defendant.**

## ORDER

This cause comes before the Court on the First Amended Complaint (Doc. No. 2), filed in state court March 14, 2014, and removed to this court May 30, 2014.

On July 18, 2014, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that Counts II, III, IV, and V be severed from the amended complaint and those claims remanded to state court. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Counts II, III, IV, and V of the First Amended Complaint are hereby **SEVERED** from the Amended Complaint (Doc. No. 2) and those claims are **REMANDED** to the Circuit Court for the Ninth Judicial Circuit, Orange County, Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 4, 2014.

                                                          **GREGORY A. PRESNELL**
                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party